1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

JOHN E. GAMBLE, III,

Plaintiff,

12

13

v.

14

U.S. IMMIGRATION AND
CUSOMS ENFORCEMENT,

15

Defendant.

16

Case No. 23-cv-1706-BAS-BLM

**ORDER GRANTING JOINT
MOTION TO DISMISS**
**(ECF No. 22)**

17     Before this Court is the parties' request to dismiss this action with prejudice pursuant

18 to Federal Rule of Civil Procedure ("Rule") 41.  (Mot., ECF No. 22.)   Under Rule

19 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a

20 notice of voluntary dismissal before a defendant has filed an answer or moved for summary

21 judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all

22 parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*,

23 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective

24 upon the filing of a compliant notice or stipulation.  No court order is required. *See Stone*

25 *v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).

26 Nonetheless, the local civil rules of this district require that where, as here, litigants seek

27

28

- 1 -

1    voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a

2    stipulation must be filed as a joint motion.[1]

3        A dismissal is without prejudice unless the parties stipulate otherwise.  *See* Fed. R.

4    Civ. P. 41(a)(1)(B).  Here, the parties have stipulated otherwise.  (*See* Mot., ECF No. 22

5    (stipulating to dismissal with prejudice).)

6        Having considered the parties' request, the Court **GRANTS** the Joint Motion.  (ECF

7    No. 22.)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk

8    of Court is directed to close the case.

9        **IT IS SO ORDERED.**

10   **DATED: January 12, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

- 2 -